Form 7
(9/00)

### FORM 7. STATEMENT OF FINANCIAL AFFAIRS
# UNITED STATES BANKRUPTCY COURT

In re: <u>Tropical Sportswear Int'l Corporation., et al.,</u>                    <u>Case No. 8:04-bk-24134</u>
      (Name)                                                                                    (if known)

        Debtors

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

------------------------------------------------------------------------------------------

**1. Income from employment or operation of business**

State the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| FISCAL YEAR | AMOUNT | SOURCE |
|---|---|---|
| FY03 (ending 9/27/03) | $340,601,512 | 12-Months Domestic Net Sales |
| FY04 (ending 10/2/04) | $263,177,820 | 12-Months Domestic Net Sales |
| 2-months ending 11/27/04 | $40,942,666 | 2-Months Domestic Net Sales |

{OR838157;1}

In re: Tropical Sportswear Int'l Corporation, *et al.*                    Case No. 8:04-bk-24134
                                                                         Jointly Administered

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**-NONE-**

**3. Payments to creditors**

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**-SEE ATTACHED SCHEDULE 3A-**

b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**-SEE ATTACHED SCHEDULE 3B AND 23-**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROOCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Maritza Grajales | EEOC Charge | | Statement of Position Filed in 9-99. Nothing received since then. |
| Anthony Davila v. TSI | FMLA Complaint | | Statement of Position filed 4-16-99. Nothing received since then. |
| Theresa Liggins v. Savane International 02-cv-404 | Claim filed under the Fair Labor Standards | US District Court for Eastern District of Texas | Settlement reached October 2004 |
| Elena Gonzalez v. Savane International | Claim filed under the Fair Labor Standards | US District Court for Eastern District of New Mexico | Settlement reached October 2004 |

In re: Tropical Sportswear Int'l Corporation, *et al.*                    Case No. 8:04-bk-24134
                                                                          Jointly Administered

| Richard Reina, on behalf of himself and all others similarly situated v. TSIC and other officers<br>  8:03-cv-01958-SDM-TGW | Class Action Complaint | US District Court, Middle District of Florida, Tampa Division | Pending |
|---|---|---|---|
| Derivative Demand Letter | Demanding the Company to institute litigation against current and former officers & directors | None | Pending further developments in the consolidated Class Action complaint above. |
| Tropical Sportswear Int'l Corporation  v. Swiss Army Brands Inc<br>  8:03-cv-01439-EAK-MSS | Declaratory Judgment and Beach of Contract | US District Court, Tampa Division, Middle District of Florida | Settlement reached October 15, 2004 |
| Michael R. Mitchell v. Tropical Sportswear Int'l Corp.<br>  03-CA-009951 | Declaratory Judgment | Circuit Court of the 13th Judicial Circuit, Hillsborough County, FL | Settlement |
| Montgomery Ward LLC v. Tropical Sportswear Int'l Corporation *(In re Montgomery Ward, LLC)*<br>  02-09386 | Adversary proceeding to avoid and recover transfers of property pursuant to 11 U.S.C. § 547-550. | US Bankruptcy Court District of Delaware | Stipulation for Dismissal |
| Derek Someda, on behalf of himself and all others similarly situated vs. Tropical Sportswear Int'l Corp., et al.<br>  8:03-cv-02064-SDM | Class Action Complaint | US District Court Middle District of FL Tampa Division | Consolidated with case no. 8:03-cv-1958 |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

In re: Tropical Sportswear Int'l Corporation, *et al.*                    Case No. 8:04-bk-24134
                                                                          Jointly Administered

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

### 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|
| Tampa Kiwanis Foundation | 10/19/2004 | 980.00 |
| Saks Inc Foundation | 9/30/2004 | 4,000.00 |
| JC Penney After School Fund | 8/17/2004 | 5,000.00 |
| JC Penney After School Fund | 8/17/2004 | 5,000.00 |
| The United Way | 7/30/2004 | 1,200.00 |
| The United Way | 7/30/2004 | 1,500.00 |
| Bj Wholesale Club Inc./ Tee Green Sponsorship | 7/27/2004 | 1,500.00 |
| American Heart Association | 6/9/2004 | 1,000.00 |
| Arizona Science Center Golf 2004 | 4/21/2004 | 2,000.00 |
| UJA Federation Of New Yorkers | 3/22/2004 | 3,500.00 |
| Needler Foundation | 3/19/2004 | 5,000.00 |
| Emaculate Conception School | 12/1/2003 | 200.00 |

### 8. Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses Whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

{OR838157;1}

In re: Tropical Sportswear Int'l Corporation, *et al.*

Case No. 8:04-bk-24134
Jointly Administered

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Inventory in Mexican warehouse ($1.4 million at cost; $1.7 million wholesale) | A fire destroyed the Accel warehouse in Mexico city, where approximately $1.4 million (at cost) of finished goods inventory was destroyed ($1.7 million wholesale). The Company was reimbursed $289 thousand from its insurance company for the gross profit loss and $1.4 million by Accel's insurers for the cost of the finished goods. | March 6, 2004 |
| Two Containers of Inventory ($389 thousand at cost; $536 thousand wholesale) | Two trailers transporting the Debtors' goods were hijacked in El Paso, Texas. The Company was reimbursed $526,704 by its insurance company ($10,000 deductible). | June 28, 2004 |

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATES OF PAYMENT | AMOUNT OF MONEY |
|---|---|---|
| Akerman Senterfitt PO Box 3273 Tampa, FL 33601 | 12/13/04 (Retainer) 7/19/04 – 12/15/04 | $701,451.00 $212,378.59 |
| Alvarez & Marsal, Inc. 600 Lexington, Sixth Floor New York, NY 10022 | 12/14/04 12/14/04 (Retainer) | $102,597.50 $400,000.00 |

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America 300 Galleria Parkway NW, Suite 800 Atlanta, GA 30339 | 0034 4869 7577 – Duck Head Lockbox | 2/4/04 |
| Bank of America 300 Galleria Parkway NW, Suite 800 Atlanta, GA 30339 | 0054 8796 0739 – Victorinox Lockbox | 12/02/03 |
| Bank of America 300 Galleria Parkway NW, Suite 800 Atlanta, GA 30339 | 0004 8015 1980 – Delta Merchandising Payroll | 12/31/03 |
| Bank of America 300 Galleria Parkway NW, Suite 800 Atlanta, GA 30339 | 0004 8015 1977 – Delta Merchandising Accounts Payable | 12/31/03 |
| SunTrust 7604 Memorial Highway Tampa, FL 33015 | 1000004716238 – Dominican Republic Disbursement Account | 4/30/04 |

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

-NONE-

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

-NONE-

In re: Tropical Sportswear Int'l Corporation, *et al.*

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| NAME USED / ADDRESS | DATES OF OCCUPANCY |
|---|---|
| Cutting Facility<br>4924 West Waters Avenue<br>Tampa, FL 33634 | December 1996 – November 2004 |
| Savane - Cutting Facility<br>10515 Railroad Drive<br>El Paso, TX 79924 | June 1998 – July 2002 |
| Savane - Distribution Facility<br>No. 11 Runway Drive<br>Santa Teresa Business Center<br>Santa Teresa,NM 88008 | June 1998 – present |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

-Not Applicable-

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

-NONE-

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

-NONE-

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

-NONE-

---

**18. Nature, location and name of business**

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

　　　If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

　　　If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER ID NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Entities Included Within This Bankruptcy Filing | | | |
| Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 59-3424305 | Operating parent corporation; Owns distribution facility and office | 1/27/97 - present |
| Savane International Corp. (fka Farah Incorporated) Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 74-1061146 | Operating parent corporation for Santa Teresa, NM distribution facility. | 5/6/47 - present |
| Apparel Network Corp. Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 59-3331447 | Retail outlet; no employees | 8/4/95- present |
| Tropical Sportswear Company, Inc. | 52-2062097 | Holding company; | 9/25/97 - present |

In re: Tropical Sportswear Int'l Corporation, et al.                    Case No. 8:04-bk-24134
                                                                        Jointly Administered

| | | | |
|---|---|---|---|
| Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | | no employees | |
| TSI Brands, Inc. Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 51-0402024 | Owner of all U.S. brands and trademarks | 8/10/00 - present |
| TSIL, Inc. Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 51-0402161 | Controls licensing agreements | 8/10/00 - present |

### Domestic Entities Not Included Within This Bankruptcy Filing

| | | | |
|---|---|---|---|
| Duck Head Apparel Company, LLC Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 58-2643702 | Inactive; Sold trade names June 2003 | 8/9/01 – present (inactive) |
| Delta Merchandising, Inc. Subsidiary of Tropical Sportswear Int'l Corporation 4902 West Waters Avenue Tampa, FL 33634 | 57-0874341 | Inactive; was Duck Head retail stores; all stores closed by September 2003 | 8/29/88 – present (inactive) |

### Foreign Entities Not Included Within This Bankruptcy Filing

| | | | |
|---|---|---|---|
| Cargud, S.A. | N/A | Costa Rica, Inactive, Closed and sold sewing, laundry and finishing facility | 3/5/84 - present (inactive) |
| Empresas Savane, S.A. de C.V. | ESA970819MDO | Mexico, Inactive; Sales and operating company for sales to Wal-Mart in Mexico; Fire destroyed inventory 3/6/04 | 12/15/95 - present (inactive) |
| Servicios Magnificos S.A. de C.V. | SMA951129GD5 | Mexico, Inactive, Did have quality and administrative employees for MX operations | 12/15/95 – present (inactive) |
| Touche Industrial S.A. de C.V. | 830330-K72 | Mexico, Inactive; Finance company holding Mexican maquila plant | 7/10/72 – present (inactive) |

| | | | |
|---|---|---|---|
| Farah Offshore Sourcing Company | N/A | Cayman Islands Holding Corporation | 8/7/96 - present |
| Farah Manufacturing (U.K.) Limited | 98-0347117 | England; Sales marketing & merchandising for European markets | 5/4/70 – present |
| Farah (Far East) Limited | 98-0347120 | Hong Kong Holding Corporation | 5/29/70 – present |
| Farah (Australia) Pty Limited | 98-0347116 | Sales , marketing & Merchandising Company (Sold) | 1-20-71 - 9-29-04  (Sold) |
| Farah (New Zealand) Limited | 52-114534 (NZ IRD) | Sales & Warehouse (Sold) | 1-20-71 - 9-29-04  (Sold) |
| Farah (Fiji) Limited | 50-0816404 (Fiji IRD) | Manufacturing (Closed) | 7-13-88 - April 2002 |
| Corporacion Farah Costa Rica | N/A | Manufacturing (Closed) | 10-4-88 – July 1998 (ceased operations) |
| South Pacific Investments Limited (Fiji) | 50-0911204 (Fiji IRD) | Investment Company (Closed) | 8-15-89 – April 2002 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

-NONE-

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

___

**19. Books, records and financial statements**

a.    List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED
-None other than Company employees-                              N/A

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED
Ernst & Young                              November 1989 – present
Attn: Stephen E. McDaniel
North Tampa Street, Suite 2200

Tampa, FL 33602

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

Tropical Sportswear Int'l Corporation
4902 West Waters Avenue
Tampa, FL 33634

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Each year the Debtors submit the necessary filing to the SEC including Annual and Quarterly reports. In addition, the Debtors provide monthly financial reports to their Board of Directors and to their bank lending group pursuant to their Pre-Petition Lending Agreement. Historically, the Debtors have provided financial information to vendors when necessary in order to obtain trade credit. In addition, the Company sent financial information via financial advisors (Merrill Lynch and Alvarez & Marsal) to potential buyers during the marketing solicitation in April 2002 and November of 2004.

## 20. Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| -None; the Debtors use perpetual inventory with periodic test counts- | N/A | N/A |

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**-NOT APPLICABLE-**

## 21. Current Partners, Officers, Directors and Shareholders

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

**-NOT APPLICABLE-**

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

In re: Tropical Sportswear Int'l Corporation, *et al.*

Case No. 8:04-bk-24134
Jointly Administered

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP (1) |
|---|---|---|
| Brad Ansel<br>4627 Long Champ Avenue<br>Lutz, FL 33558 | SVP, Distribution | |
| Lee Ellen Banks<br>9602 Greenpoint<br>Tampa, FL 33626 | VP, Financial Analysis/Budgets | |
| Steve Barr<br>14777 San Marsala Ct.<br>Tampa, FL 33626 | SVP, Sales | |
| Edward Bloomston<br>3411 Belle Shadow Lane<br>Tampa,FL 33634 | SVP, Product Development | |
| Karen Castillo<br>1405 Kensington Woods Drive<br>Lutz, FL 33549-3882 | VP, Corporate Secretary | |
| Carol Clenney<br>4911 Willow Ridge Terrace<br>Valrico, FL 33594 | SVP, Tax | |
| Robin Cohan<br>15817 Hound Horn Lane<br>Tampa, FL 33624 | Chief Financial Officer | |
| Ray Collins<br>4606 Esperanza Street<br>Tampa, FL 33611 | VP, Corporate Services | |
| Eduardo Delgado<br>8736 Huntfield St.<br>Tampa, FL 33635 | VP, Research & Development | |
| Richard Domino<br>12019 Brewster Dr<br>Tampa, FL 33626 | President, TSI | |
| Karen Driks<br>9913 Emerald Links Dr<br>Tampa, FL 33626-2551 | VP, Product Development | |
| Reggie Epifino<br>7113 Lemon Tree Lane<br>El Paso, TX 79915 | VP, Distribution | |
| Todd Feste<br>1938 Lakeshore Drive<br>Rockwell, TX 75087 | Vice President, Sales | |

| | | |
|---|---|---|
| Terri Gonzalez<br>1053 Sylvia Lane<br>Tampa, FL 33613 | SVP, Human Resources | |
| Carroll Hendren<br>10443 Aphrodite<br>El Paso, TX 79924 | Director, Cutting | |
| Emmanuel Joseph<br>5517 Lake Leta Blvd.<br>Tampa, FL 33624 | VP, Product Quality | |
| Michael Kagan<br>7706 Lake Cyprus Dr<br>Odessa, FL 33556 | Chief Executive Officer | 4.5% |
| Gary Kernaghan<br>9826 Montague Street<br>Tampa, FL 33626 | SVP, Product Development | |
| Dennis Kraus<br>1532 El Dorado Drive<br>Lawrence, KS 66047 | Vice President, Sales | |
| Dennis D. Lappen<br>2050 Little Orchard Way<br>Wayzata, MN 55391 | Vice President Sales | |
| Michael L. Levine<br>13228 Royal George Ave.<br>Odessa, FL 33556-5724 | Vice President, Tech Design | |
| Jane C. Marlow<br>12010 W Pond Way<br>Tampa, FL 33635 | Director, Legal Administration | |
| Randy Miller<br>15648 Indian Queen Dr<br>Odessa,FL 33556 | SVP, CIO | |
| James Mullady<br>15313 Lazy Lake Pl<br>Tampa, FL 33624 | VP, Planning | |
| Douglas Pemberton<br>920 Southcrest Court<br>Southlake, TX 76092 | Vice President Sales | |
| Donald G. Pierce<br>2546 Danhaven Court<br>Aurora, IL 60504 | Vice President Sales | |
| Epifanio Rejino<br>7113 Lemon Tree Ln.<br>El Paso, TX 79915 | VP, Distribution | |

William K. Rohr                     VP, Controller
7708 Palmbrook Court
Tampa, FL 33615

Martha Sellers                      VP, Customer Support
3325 Elfers Parkway
New Port Richey, FL  34655

Dave Slifer                         Vice President Sales
3487 Windsor Ct
Pleasanton, CA  94588

Michael Smith                       Vice President Sales
3121 Sunset Lakes Blvd
Land O'Lakes, FL  34639

David Storhaug                      VP, Merchandising
11609 Renaissance View Court
Tampa, FL 33626

Andrew F. Szeltner                  Vice President, Sales
4442 Sawgrass Dr.
Palm Harbor, FL  34685

William T. Vecchione                Vice President Sales
8 Forest Drive
Morristown, NJ  07960

Daniel M. Wharton                   Vice President Sales
3912 Reading Drive
Plano, TX 75093

Christel Wisner                     Vice Pres., Quality Cutting
14914 Coldwater Lane
Tampa, FL  33624

Larry Santmyer                      Internal Auditor
11281 Rainbow Wood Loop
Spring Hill, FL  34609

Ronald Threadgill
12505 Maverick Court
Tampa, FL 33626

Benito F. Bucay                     Director
Paseo de la Reforma 2360
Lomas
Mexico, DF 11020
Mexico

Leslie J. Gillock                   Chairman of Board of Directors
Springs Industries
PO Box 70
Fort Mill, SC 29716

| | | |
|---|---|---|
| Martin W. Pitts<br>1100 Cedar Creek<br>Argyle, Texas 76226 | Director | |
| Charles J. Smith<br>202 Micmac Lane<br>Jupiter, FL | Director | |
| Eloy S. Vallina-Garza<br>180 N. Mesa Hills Drive<br>El Paso, TX 79912 | Director | 13.1% (2) |
| Eloy S. Vallina-Laguera<br>180 N. Mesa Hills Drive<br>El Paso, TX 79912 | Director | 13.1% (2) |
| William W. Compton<br>289 N. Almond St.<br>Salt Lake City, Utah  84103 | Former CEO | 6.7% |
| Accel, S.A. de C.V.<br>Virginia Fabregas No. 80<br>Col. San Rafael, 06470 Mexico, D.F. | | 13.1% |
| Goldman Sachs Asset Management<br>85 Broad Street<br>New York, NY 10004 | | 11.3% |
| Carl C. Icahn<br>c/o Icahn Associates Corp.<br>767 Fifth Avenue, 47th Floor<br>New York, NY 10153 | | 8.0% |

(1) Ownership percentages may differ slightly as Company does not know owner of some of the shares held by brokers.
(2) Represents shares owned by Accel as individual owns a majority of outstanding shares of Accel.

**22. Former partners, officers, directors and shareholders**

    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

**-NOT APPLICABLE-**

    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Frank Maccarrone<br>14112 Lincolnshire Court<br>Tampa, FL 33626 | SVP, COO | 9/27/2004 |
| John Berg<br>4425 C Holland Avenue<br>Dallas, TX 75219 | SVP, GM of Branded Division | 7/16/2004 |

In re: Tropical Sportswear Int'l Corporation, *et al.*          Case No. 8:04-bk-24134
                                                                 Jointly Administered

Frank Keeney                    SVP, GM of Private Brand Division          10/7/2004
11911 Royce Waterford Circle
Tampa, FL  33626

---

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

-See Attached Schedule 23-

---

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| Tropical Sportswear Int'l Corporation | 59-3424305 |

---

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| Savane International Corp. Bargaining Unit Pension Plan | EIN 74-1061146 / Plan 003 |

{OR838157;1}